UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 21-Cr.249 (CKK) |
| v. | : |
| JEROME WILLIAMS, | : |
| Defendant. | : |

## MOTION TO ALLOW MR. WILLIAMS TO SURRENDER TO THE UNITED STATES MARSHAL SERVICE OF FOR FUNDS FOR TRAVEL TO THE DESIGNATED FACILITY

Mr. Williams, through counsel requests that he be allowed to surrender to the United States Marshal Service or be provided with funds by the Court so that he may be transported to the facility to which he is designated i.e., El Reno FCI. Mr. Williams has no income and is unable to travel to El Reno FCI.

I apologize for the late request; Mr. Williams is to surrender today. Undersigned counsel apologizes to the Court for this late motion, and requests that no negative action be taken against Mr. Williams who is ready to surrender to the appropriate facility. He is in touch with both his counsel and with his pretrial officer Masharia Holman.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Sabrina P. Shroff
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500